|  |  |
|---|---|
| **PARKWAY ASSOCIATES, LLC** : | **UNITED STATES DISTRICT COURT** |
| : | |
| : | **DISTRICT OF NEW JERSEY** |
| **Plaintiff(s)** : | |
| : | |
| : | Hon. Jose L. Linares |
| -vs- : | Civil Action No. 08-5336   (JLL) |
| : | |
| **PUBLIC SERVICE ELECTRIC &** : | |
| **GAS COMPANY** : | **ORDER ON ORAL MOTION** |
| : | **SCHEDULING CONFERENCE** |
| **Defendant(s)** : | |
| : | |

**THIS MATTER** having been brought before the Court for a conference on November 18, 2009; and for good cause shown:

**IT IS** on this 20th day of November, 2009

**ORDERED THAT:**

1. Fact discovery shall close on **February 15, 2010.**

2. Affirmative expert reports shall be submitted by **March 15, 2010.**

3. Responding expert reports shall be submitted by **April 15, 2010.**

4. Expert discovery shall be completed by **May 15, 2010.**

5. Summary judgment motions shall be filed after the close of all discovery, but no later than **June 1, 2010.**

6. There shall be a telephone status/settlement conference before the Undersigned on **March 23, 2010 at 11:00 a.m.**   Plaintiff shall initiate the telephone call.  By **March 16, 2010**, each party shall deliver directly to the Undersigned by mail or facsimile a confidential settlement position statement, not to exceed **five (5) pages** summarizing the client's position on settlement.

7. By **December 11, 2009**, the parties shall advise the Undersigned in writing as to the status of settlement discussions.

*s/ Claire C. Cecchi*
**HON. CLAIRE C. CECCHI**
**United States Magistrate Judge**

Clerk of the Court
File